UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | No. | 3:11-cr-110 |
| | ) | | 3:10-cr-184 |
| | ) | | |
| ANDREW LEE TAYLOR | ) | | CHIEF JUDGE HAYNES |

## AGREED ORDER

This Honorable Court, seeing agreement of the parties, and for good cause hereby ORDERS that the conditions of the defendant's probation be modified as has been requested by the United States Department of Probation. Specifically (this is the identical language requested by probation in DE 53 to 3:10-cr-184):

1.    The Defendant shall not consume or posses alcoholic beverages at any time, and shall not be present in any establishment where alcoholic beverages are the primary items for sale.

2.    The Defendant shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request.

SO ORDERED ON THIS THE ___4th___ DAY OF _February_, 2014,


_____
The Honorable William Haynes
Chief Judge, District Court for the
Middle District of Tennessee

**BY AGREEMENT:**


/s/ William Deneke
William Deneke
Assistant United States Attorney


/s/ Richard Tennent
Richard Tennent
CJA Counsel for Andrew Taylor